PIERRE M. MANY, Appellant, v. CHARLES ROSE, Respondent.— Motion granted

by default. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of MICHAEL McDONALD, Respondent, against WILLIAM H. BURR, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, unless appellant perfects his appeal on or before October 15, 1927, in which event motion is denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.